[No. 66458-1-I. Division One. June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMETRIA LUCILLE
ZIMMERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-1-05724-5, Hollis R. Hill, J., entered December 22, 2010. *Affirmed* by unpublished opinion per Becker,
J., concurred in by Leach, C.J., and Lau, J.

[No. 66468-9-I. Division One. June 11, 2012.]

AUDLEY BECKER, *Respondent*, v. ITMSOURCE, INC., ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 09-2-41800-4, Gregory P. Canova, J., entered
December 2, 2010. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Leach, C.J., and Lau, J.

[No. 66529-4-I. Division One. June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNIE JAMAAL
GREER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 10-1-03000-6, John P. Erlick, J., entered December 13, 2010. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.

[No. 66571-5-I. Division One. June 11, 2012.]

WEDGEWOOD AT RENTON, INC., ET AL., *Respondents*, v. WESTCOTT
HOLDINGS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 09-2-10916-8, LeRoy McCullough, J., entered
January 14, 2011. *Reversed* and *remanded* by unpublished
opinion per Schindler, J., concurred in by Leach, C.J., and
Appelwick, J.